OFFICE OF DISCIPLINARY COUNSEL *v.* HARRIS.

[Cite as *Disciplinary Counsel v. Harris* (1998), 84 Ohio St.3d 3.]

(No. 98–719—Submitted July 8, 1998—Decided November 10, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Paula Castle Harris, pro se.*

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.